07-15-00091-106-107-CR

COPY
FILED FOR RECORD
POTTER COUNTY, TEXAS



FILED
JUL 31 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

NO. 141066-1, 141094-1 & 141181

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE COUNTY COURT AT LAW #1 |
| | X | |
| VS | X | IN AND FOR |
| | X | |
| DANIEL LEE AINSWORTH | X | POTTER COUNTY, TEXAS |

## ORDER SETTING TELEPHONIC HEARING

The above cause numbers are set for a telephonic hearing on Writ of Habeas Corpus on August 10, 2015 **10:00 a.m.** in the County Court at Law #1. The hearing will be held by telephone from the Potter County Courthouse 500 S. Fillmore, #405, Amarillo, Texas and the Telford Unit, New Boston, Texas.

SIGNED and ENTERED this _30th_ day of _July_, 2015

_____
JUDGE PRESIDING

cc: Original to clerk

Daniel Lee Ainsworth
TDCJ# 00615301
Via email elroddick.wells@tdcj.texas.gov

Telford Unit- Law Library
Elroddrick Wells
New Boston, Texas
Via email elroddick.wells@tdcj.texas.gov

Julie Smith
Potter County Clerk

Vivian Long, Chief Deputy Clerk
Court of Appeals
Seventh District – hand delivered

Brooks Barfield
600 S. Tyler #908

Amarillo, Texas
via email barfieldlawfirm@gmail.com